# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
DAN MITCHELL V. ASSET ACCEPTANCE, LLC

Case Number:
FILED: APRIL 16, 2008
08CV2158     PH
JUDGE DOW
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PLAINTIFF DAN MITCHELL

| | |
|---|---|
| NAME (Type or print) | |
| DMITRY N. FEOFANOV | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ DMITRY N. FEOFANOV | |
| FIRM | |
| ChicagoLemonLaw.com, P.C. | |
| STREET ADDRESS | |
| 404 Fourth Ave. West | |
| CITY/STATE/ZIP | |
| Lyndon, IL 61261 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6224899 | (815) 986-7303 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |