## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2158    Assigned/Issued By: J. N.

Judge Name: DOW JR.    Designated Magistrate Judge: BROWN

### FEE INFORMATION

Amount Due:  [✓] $350.00    [ ] $39.00    [ ] $5.00
             [ ] IFP        [ ] No Fee    [ ] Other ____
             [ ] $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350____    Receipt #: 2698419____

Date Payment Rec'd: 4/16/07____    Fiscal Clerk: J. N.____

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets          [ ] Other
[ ] Writ _____                      _____
    *(Type of Writ)*                     _____
                                         *(Type of issuance)*

1 Original and 0 copies on 4-16-08 as to DEFENDANT
                        *(Date)*