# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| DAN MITCHELL,<br>Plaintiff, | Case No. 08CV2158 |
| v. | Judge Robert M. Dow, Jr. |
| ASSET ACCEPTANCE, LLC,<br>Defendant. | Magistrate Judge Brown |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ASSET ACCEPTANCE, LLC

| |
|---|
| NAME:  David M. Schultz |
| SIGNATURE:  s/ *David M. Schultz* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6197596 | TELEPHONE NUMBER<br>312/704-3000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

6310390v1 887996

## **CERTIFICATE OF SERVICE**

  I hereby certify that on **May 5, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

| | |
|---|---|
| Curtis Charles Warner<br>WARNER LAW FIRM, LLC<br>151 N. Michigan Ave. 37th Floor - 3714<br>Chicago, IL 60601<br>(312) 238-9820<br>Fax: (312) 638-9139<br>Email: cwarner@warnerlawllc.com | Dmitry N. Feofanov<br>CHICAGO LEMON LAW.COM<br>404 Fourth Ave. West<br>Lyndon, IL 61261<br>(815) 986-7303<br>Email: feofanov@chicagolemonlaw.com |

HINSHAW & CULBERTSON LLP

David M. Schultz (6197596)     s/ *David M. Schultz*
HINSHAW & CULBERTSON LLP   David M. Schultz
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com