# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| DAN MITCHELL, Plaintiff, | Case No. 08CV2158 |
| v. | Judge Robert M. Dow, Jr. |
| ASSET ACCEPTANCE, LLC, Defendant. | Magistrate Judge Brown |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ASSET ACCEPTANCE, LLC

| |
|---|
| NAME: Jennifer W. Weller |
| SIGNATURE: s/ *Jennifer W. Weller* |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6270826 | 312/704-3000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

6310404v1 887996

## CERTIFICATE OF SERVICE

  I hereby certify that on **May 5, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

Curtis Charles Warner
WARNER LAW FIRM, LLC
151 N. Michigan Ave. 37th Floor - 3714
Chicago, IL 60601
(312) 238-9820
Fax: (312) 638-9139
Email: cwarner@warnerlawllc.com

Dmitry N. Feofanov
CHICAGO LEMON LAW.COM
404 Fourth Ave. West
Lyndon, IL 61261
(815) 986-7303
Email: feofanov@chicagolemonlaw.com

HINSHAW & CULBERTSON LLP

Jennifer W. Weller (6270826)
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
jweller@hinshawlaw.com

/s/ *Jennifer W. Weller*
Jennifer W. Weller

6310404v1 887996