IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAN MITCHELL,<br><br>      Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC,<br><br>      Defendant. | Case No.: 08CV2158<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Brown<br><br><u>Jury Trial Demanded</u> |

**AGREED MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSIVE PLEADING**

Defendant, ASSET ACCEPTANCE, LLC, ("Asset"), by and through its attorneys DAVID M. SCHULTZ and JENNIFER W. WELLER, and for its Motion for a 14-day Enlargement of Time to File a Responsive Pleading to Plaintiff's Complaint states as follows:

1. Plaintiff's Complaint purports to state claims against Asset for violations of the Fair Debt Collection Practices Act, Illinois Collection Agency Act and Illinois Consumer Fraud Act.

2. Asset was served with the Complaint on April 16, 2008, and its responsive pleading is due on May 6, 2008.

3. Defendant has retained defense counsel who have filed Appearances concurrently with the instant motion. Counsel for the Defendant has contacted counsel for the Plaintiff about the instant motion, and Plaintiff's counsel does not oppose the enlargement of time sought.

4. Defendant hereby requests an additional 14 days to on or before May 20, 2008 to answer or otherwise plead. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response to the multiple claims arising out of both state and federal law.

WHEREFORE, Defendant, Asset Acceptance, LLC, respectfully requests that this court grant it an additional 14 days to on or before May 20, 2008 to file a responsive pleading to Plaintiff's Complaint.

                                              Respectfully submitted,

                                              HINSHAW & CULBERTSON LLP

                                              By: s/ *Jennifer W. Weller*
                                                     Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000