IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAN MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC,<br><br>    Defendant. | Case No.: 08CV2158<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

TO:   Dmitry N. Feofanov -            Curtis Charles Warner -
      feofanov@chicagolemonlaw.com,   cwarner@warnerlawllc.com,
      ChicagoLemonLaw@gmail.com       ChicagoDocket@warnerlawllc.com

**PLEASE TAKE NOTICE** that on **May 13, 2008**, at **9:15 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Robert M. Dow, Jr. or any Judge sitting in his/her stead in Courtroom 1919, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING,** a copy of which is served upon you.

                                    HINSHAW & CULBERTSON LLP

David M. Schultz                    /s/ *Jennifer W. Weller*
Jennifer W. Weller                  Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on **May 5, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION and AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                                              HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>dschultz@hinshawlaw.com<br>jweller@hinshawlaw.com | s/ *Jennifer W. Weller*<br>Jennifer W. Weller |

6314945v1 887996