IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAN MITCHELL | ) | |
| | ) | 08 C 2158 |
| Plaintiff, | ) | |
| | ) | Judge Dow |
| v. | ) | |
| | ) | Magistrate Judge Soat Brown |
| ASSET ACCEPTANCE LLC, | ) | |
| | ) | |
| Defendant, | ) | |

## NOTICE OF STIPULATED DISMISSAL

NOW COME Plaintiff Dan Mitchell by and through his counsel, Warner Law Firm, LLC by Curtis C. Warner, and Defendant Asset Acceptance, LLC. by and through its counsel Hinshaw & Culbertson LLP by Jennifer W. Weller and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) stipulate to the dismissal of this matter with prejudice.

Respectfully submitted,

| | |
|---|---|
| s/ Curtis C. Warner | s/ Jennifer W. Weller (w/consent) |
| Curtis C. Warner | Jennifer W. Weller |
| WARNER LAW FIRM, LLC | HINSHAW & CULBERTSON LLP |
| Millennium Park Plaza | 222 North LaSalle Street |
| 151 N. Michigan Ave. Ste. 3714 | Suite 300 |
| Chicago, Illinois 60601 | Chicago, Illinois 60601 |

**CERTIFICATE OF SERVICE**

      I, Curtis C. Warner, certify that on May 30, 2008, I caused to be filed the Stipulated Notice of Dismissal electronically using the Court's CM/ECF system, which will automatically send notice to those parties who have appeared and are so registered:

David M. Schultz    dschultz@hinshawlaw.com
Jennifer W. Weller    jweller@hinshawlaw.com
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601

                      Respectfully submitted,

                      s/ Curtis C. Warner
                      Curtis C. Warner

Curtis C. Warner    cwarner@warnerlawllc.com
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601
(312) 238-9820 (TEL)